## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: GLENN MC CLISTER
      PATRICIA A.  MC CLISTER

                              :     CHAPTER 13

               :

                        :

**DEBTOR**     **(S)**     :  BANKRUPTCY NO 16-11590 AMC

### P R A E C I P E TO WITHDRAW

Kindly withdraw the standing Trustee's FINAL REPORT and ACCOUNT COMPLETED in the above Captioned Chapter 13 Bankruptcy case. Docket entry #46

                        Respectfully submitted,

Date: June 6 , 2017             sWilliam C. Miller, Esquire
                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee
                      P.O. Box 1229
                      Philadelphia, PA  19107